IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:26-00073

JOSE LUIS PONS-PALOMARES

**<u>MEMORANDUM OPINION AND ORDER</u>**

Pending before the court is the motion of defendant to continue the trial date in this matter. (ECF No. 27.)  In support of defendant's motion, counsel for defendant explains that he was recently retained in this matter and he needs additional time to be able to review discovery and prepare for trial, and to gain a full understanding of immigration issues potentially relating to this case. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, <u>see</u> 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  <u>Id.</u> § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1.  The deadline for the filing of pretrial motions is continued to September 25, 2026;

2.  The Pretrial Motions Hearing is continued to October 5, 2026, at 10:30 a.m., in Bluefield.

3.  Jury Instructions and Proposed Voir Dire are due by November 3, 2026;

4.  Trial of this action is continued to November 10, 2026, at 9:30 a.m. in Bluefield; and

5.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 6th day of August, 2026.

ENTER:

David A. Faber
Senior United States District Judge

2